UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

JOE HAND PROMOTIONS, INC.,

      Plaintiff,

v.                                       Case No. 08-C-689

JOSHUA J. JANIS and JON T. GUSTAVSON,
  Individually, and as officers, director shareholders
  and/or principals of A SYMBOL LIKE PRINCE LLC
  d/b/a SIN BIN a/k/a THE SIN BIN,
and
A SYMBOL LIKE PRINCE LLC d/b/a SIN BIN a/k/a THE SIN BIN,

      Defendants.
_____

# ORDER

On August 14, 2008, plaintiff Joe Hand Promotions, Inc. ("Joe Hand Promotions") filed suit against defendant A Symbol Like Prince LLC d/b/a Sin Bin a/k/a The Sin Bin (hereinafter, "A Symbol Like Prince LLC"), as well as against defendants Joshua Janis ("Janis") and Jon Gustavson ("Gustavson"), individually and as officers, director shareholders and/or principals of A Symbol Like Prince LLC. Janis and Gustavson filed a *pro se* answer on September 12, 2008. On September 18, 2008, Joe Hand Promotions filed a motion to strike the answer of the corporate defendant, A Symbol Like Prince LLC, asserting that a corporation cannot proceed *pro se* and must be represented by an attorney.

The plaintiff correctly asserts that A Symbol Like Prince LLC does not have the privilege of *pro se* representation. A corporation may only appear in federal

court through licensed counsel, and cannot appear *pro se. Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *Scandia Down Corp. v. Euroquilt, Inc.*, 772 F.2d 1423, 1427 (7th Cir. 1985). In addition to corporations, this requirement for representation by counsel also applies to limited liability companies and partnerships. *United States v. Hagerman*, No. 08-2670, 2008 WL 4366182, at *2 (7th Cir. Sept. 26, 2008). Thus, Janis and Gustavson cannot represent the corporate defendant, A Symbol Like Prince LLC.

Therefore, the court will order that A Symbol Like Prince LLC retain counsel and file a formal response to Joe Hand Promotion's complaint. If the LLC fails to do so, the court will then be obliged to grant default judgment against the corporate defendant in favor of the plaintiff. Though the court received a request by Janis and Gustavson for a conference with the court, the corporation may only appear by counsel and the court will not entertain personal appearances other than at the request of a licensed attorney.

Accordingly,

**IT IS ORDERED** that defendant A Symbol Like Prince LLC retain counsel and file a formal answer on or before **November 3, 2008**. Failure to do so will result in the court granting a default judgment against the corporate defendant without further notice; and

**IT IS FURTHER ORDERED** that the plaintiff's motion to strike the *pro se* answer of defendant A Symbol Like Prince LLC (Docket #12) be and the same is hereby **GRANTED**.

Dated at Milwaukee, Wisconsin, this 6th day of October, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge